UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEROY J. DORSEY,

                Plaintiff,

      -against-

MARK ROYCE – WARDEN, et al.,

                Defendants.

21-CV-1173 (CM)

CIVIL JUDGMENT

     Pursuant to the order issued April 1, 2021, dismissing the complaint,

     IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's (PLRA) "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff is barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless the allegations bring the complaint within the terms of the PLRA's "imminent danger" exception. *See id*.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  April 1, 2021
           New York, New York

                                      COLLEEN McMAHON
                                     Chief United States District Judge